No. 82–1658.  PUBLIC SERVICE COMMISSION OF THE DISTRICT OF COLUMBIA v. WASHINGTON GAS LIGHT CO. ET AL. Ct. App. D. C.  Certiorari denied.

No. 82–1660.  BEAVER v. GRIGGS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 82–1661.  WARD v. WARD.  Ct. App. Okla.  Certiorari denied.

No. 82–1662.  WOOLRIDGE v. REVELL.  C. A. 6th Cir. Certiorari denied.

No. 82–1672.  USM CORP. v. SPS TECHNOLOGIES, INC. C. A. 7th Cir.  Certiorari denied.

No. 82–1673.  BRODIE ET AL. v. BOARD OF MEDICAL EXAMINERS FOR THE STATE OF NEW JERSEY.  C. A. 3d Cir.  Certiorari denied.

No. 82–1677.  DROLET v. VAN LINDT, CHAIRMAN, NEW YORK STATE RACING AND WAGERING BOARD, DIVISION OF HARNESS RACING, ET AL.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 82–1681.  BIO/BASICS INTERNATIONAL CORP. v. ORTHO PHARMACEUTICAL CORP.  C. A. 2d Cir.  Certiorari denied.

No. 82–1709.  WAGSHAL v. MASSACHUSETTS ET AL. C. A. D. C. Cir.  Certiorari denied.

No. 82–1716.  GROSSMAN v. FOLEY, JUDGE, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF NEVADA. C. A. 9th Cir.  Certiorari denied.

No. 82–1730.  VOGEL v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.